UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

Rocky's Bella Pizza Corp.,                                    Chapter 11
                                                              Case No. 17-10811-mkv
                              Debtor.
-------------------------------------------------------X

## DECLARATION PURSUANT TO LOCAL RULE 1007-2

Rocky's Bella Pizza Corp., submits this declaration in compliance with Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York.

1) The nature of the Debtor's business:

    The Debtor operates a pizzeria at 607 Second Avenue, New York, New York.

2) Case Commencement:

    The case was originally filed as a Chapter 11.

3) The names and addresses of the members of, and attorneys for, any committee organized prior to the order for relief in the Chapter 11 case, and a brief description of the circumstances surrounding the formation of the committee and the date of the Debtor's formation:

    None.

4) Information with respect to each of the holders of the twenty (20) largest unsecured claims, excluding insiders: the name, the address (including the number, street, apartment or suite number, and zip code, if not included in the post office address), the telephone number, the name(s) of person(s) familiar with the Debtor's account, the amount of the claim, and an indication of whether the claim is contingent, unliquidated, disputed, or partially secured:

See annexed schedule of twenty largest creditors.

5) Information with respect to each of the holders of the five (5) largest secured claims: the name, the address (including the number, street, apartment or suite number, and zip code, if not included in the post office address), the amount of the claim, a brief description and an estimate of the value of the collateral securing the claim, and whether the claim or lien is disputed:

    None.

6) Summary of Debtor's assets and liabilities:

    Assets:    Undetermined.
    (However assets consists only of equipment of pizzeria; tables, chairs, pots and pans- valued in Schedule B at $7,500.00)

    Liabilities:    Undetermined at this time.

7) The number and classes of shares of stock, debentures, or other securities of this Debtor that are publicly held, and the number of holders thereof, listing separately those held by each of the Debtor's officers and directors and the amounts so held:

    There is no publicly issued stock.

    Indrit Kraja    President
    50% of issued stock.

    Matt Hoxhaj    50% of issued stock.

8) The Debtor's property in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for any such entity, giving the name, address, and telephone number of each such entity and the court in which any proceeding relating thereto is pending:

    None.

9) The premises owned, leased, or held under other arrangement from which the Debtor operates the Debtor business:

> The Debtor leases premises at which it conducts business at 607 Second Avenue, New York, New York from landlords Cruciano Coniglio and Anna Coniglio.

10) The location of the Debtor's substantial assets, the location of the Debtor's books and records, and the nature, location, and value of any assets held by the Debtor outside the territorial limits of the United States;

> All of the Debtor's assets are located at 607 Second Avenue, New York, New York. Books and records of the Debtor are located at its place of business and its accountant D'Alessio, Tocci & Pell, LLP at 20 West 36th Street, New York, New York.

11) The nature and present status of each action or proceeding, pending or threatened, against the Debtor or the Debtor's property where a judgment against the Debtor or a seizure of the Debtor's property may be imminent:

> An action commenced by former employees of the Debtor who commenced wage claim against the Debtor and the two shareholders in the District Court of the Southern District of New York No. 16-cv-3827 (RJS).

12) The names of the individuals who comprise the Debtor's existing senior management, their tenure with the Debtor, and a brief summary of their relevant responsibilities and experiences:

> Indrit Kraja is primarily responsible for business management decisions. The estimated amount of weekly payroll to employees (exclusive of officers and

stockholders) for thirty (30) days following the filing of the Chapter 11 case is $4,154.00.

Both Stock Holders receive weekly salaries of $2,500.00

For the thirty days following the filing of the Chapter 11 petition, receipts are estimated at $95,000.00 and expenses of $87,000.00 resulting in a profit of $8,000.00.

I declare the foregoing statements of facts to be true and correct to the best of my knowledge under penalty of perjury pursuant to 28 U.S.C. § 1746.

Dated: Brooklyn, New York
      May 9 , 2017

                                    __/s/Indrit Kraja_____
                                    President of Rocky's Bella Pizza Corp.