B 25C (Official Form 25C)(12/08)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re ROCKYS BELLA PIZZA CORP
    *Debtor*

Case No. ~~17-10811~~ 17-10811

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: APRIL 2017

Date filed: 3-30-2017

Line of Business: PIZZA STORE

NAISC Code: 722513

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

INDRID KRAJA

Original Signature of Responsible Party

✓ *[signature]* 6/2/17

Printed Name of Responsible Party

| Questionnaire: *(All questions to be answered on behalf of the debtor)* | Yes | No |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☒ | ☐ |

B 25C (Official Form 25C) (12/08)

| | | |
|---|---|---|
| 14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☒ |
| 15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☒ |
| 16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☒ |
| 17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☒ |
| 18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☒ |

## TAXES

| | | |
|---|---|---|
| DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? | ☒ | ☐ |

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| TOTAL INCOME | $ | 100,491.00 |

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 3,272.00 |
| Cash on Hand at End of Month | $ | 10,062.00 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL | $ | 10,062.00 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| TOTAL EXPENSES | $ | 90,429.00 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 100,491.00 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 90,429.00 |
| *(Subtract Line C from Line B)*  CASH PROFIT FOR THE MONTH | $ | 10,062.00 |

ROCKYS BELLA PIZZA CORP                FILE NUMBER 1710811

EXHIBIT C

COSTS OF PRODUCT SOLD                  30045

OPERATING COSTS

| MERCHANT FEES | 585 |
|---|---|
| RESTAURANT SUPPLY | 4269 |
| BANK CHARGES | 887 |
| INSURANCE | 1000 |
| OFFICE SUPPLY | 189 |
| PAYROLL & PAYROLL TAXES | 37605 |
| PAYROLL PROCESSING | 375 |
| RENT | 14848 |
| UTILITIES | 626 |

TOTAL OPERATING EXPENSES               60384

TOTAL EXPENSES                         90429

ROCKYS BELLA PIZZA CORP                FILE NUMBER 1710811

EXHIBIT D

UNPAID BILLS

| | |
|---|---:|
| MARTIN CLEARWATER & BELL LLP | 79514 |
| ISAAK STERNHEIM CONSULTANT | 10000 |
| NYS SALES TAX | 15250 |
| CORP TAX | 4850 |
| TOTAL UNPAID BILLS | 109614 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ 100,491.00 | $ |
| EXPENSES | $ | $ 90,429.00 | $ |
| CASH PROFIT | $ | $ 10,062.00 | $ |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 95,000.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 90,000.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 5,000.00 |

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio TX 78265 -9754

April 01, 2017 through April 28, 2017

Account Number:

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00041461 DRE 802 141 11917 NNNNNNNNNNN I 1 000000000 64 0000
ROCKY'S BELLA PIZZA CORP.
607 2ND AVE
NEW YORK NY 10016-4872

## CHECKING SUMMARY    Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$3,272.20** |
| Deposits and Additions | 37 | 96,553.19 |
| Checks Paid | 43 | -56,688.99 |
| Electronic Withdrawals | 18 | -35,067.27 |
| Fees | 27 | -887.00 |
| **Ending Balance** | **125** | **$7,182.13** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/04 | Ips ACH Program  Ipsnxdsetl 403903122100939 CCD ID: 1999999991 | $3,564.06 |
| 04/04 | Ips ACH Program  Ipsnxdsetl 403903122100939 CCD ID: 1999999991 | 2,538.24 |
| 04/04 | Ips ACH Program  Ipsnxdsetl 403903122100939 CCD ID: 1999999991 | 2,496.00 |
| 04/05 | Ips ACH Program  Ipsnxdsetl 403903122100939 CCD ID: 1999999991 | 1,470.95 |
| 04/05 | Seamless North A EDI Pymnts 134983-4061482  CCD ID: 1134093796 | 1,337.79 |
| 04/07 | Grubhub Inc    Apr Actvty 7574107    CCD ID: 1261328194 | 3,603.24 |
| 04/07 | Grubhub Inc    Mar Actvty 7521777    CCD ID: 1261328194 | 2,940.00 |
| 04/07 | Ips ACH Program  Ipsnxdsetl 403903122100939 CCD ID: 1999999991 | 2,323.16 |
| 04/10 | Deposit | 9,856.53 |
| 04/10 | Ips ACH Program  Ipsnxdsetl 403903122100939 CCD ID: 1999999991 | 2,329.71 |
| 04/10 | Online Transfer From Chk ...7325 Transaction#: 6140542979 | 1,600.00 |
| 04/10 | Online Transfer From Chk ...6509 Transaction#: 6140541428 | 1,500.00 |
| 04/11 | Ips ACH Program  Ipsnxdsetl 403903122100939 CCD ID: 1999999991 | 3,343.81 |
| 04/11 | Ips ACH Program  Ipsnxdsetl 403903122100939 CCD ID: 1999999991 | 2,392.18 |
| 04/11 | Ips ACH Program  Ipsnxdsetl 403903122100939 CCD ID: 1999999991 | 1,060.97 |
| 04/12 | Ips ACH Program  Ipsnxdsetl 403903122100939 CCD ID: 1999999991 | 2,519.10 |
| 04/13 | Online Transfer From Chk ...7325 Transaction#: 6147154807 | 1,283.75 |
| 04/13 | Ips ACH Program  Ipsnxdsetl 403903122100939 CCD ID: 1999999991 | 550.67 |
| 04/14 | Grubhub Inc    Apr Actvty 7615256    CCD ID: 1261328194 | 7,124.21 |
| 04/17 | Ips ACH Program  Ipsnxdsetl 403903122100939 CCD ID: 1999999991 | 3,377.52 |
| 04/18 | Ips ACH Program  Ipsnxdsetl 403903122100939 CCD ID: 1999999991 | 2,875.44 |
| 04/18 | Ips ACH Program  Ipsnxdsetl 403903122100939 CCD ID: 1999999991 | 2,179.26 |
| 04/18 | Ips ACH Program  Ipsnxdsetl 403903122100939 CCD ID: 1999999991 | 1,890.28 |


April 01, 2017 through April 28, 2017

Account Number:

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/19 | Ips ACH Program Ipsnxdsetl 403903122100939 CCD ID: 1999999991 | 1,396.46 |
| 04/19 | Online Transfer From Chk ...7325 Transaction#: 6160602285 | 700.00 |
| 04/20 | Ips ACH Program Ipsnxdsetl 403903122100939 CCD ID: 1999999991 | 1,642.31 |
| 04/21 | Grubhub Inc    Apr Actvty 7656964    CCD ID: 1261328194 | 5,367.79 |
| 04/24 | Ips ACH Program Ipsnxdsetl 403903122100939 CCD ID: 1999999991 | 3,316.54 |
| 04/25 | Ips ACH Program Ipsnxdsetl 403903122100939 CCD ID: 1999999991 | 2,621.16 |
| 04/25 | Ips ACH Program Ipsnxdsetl 403903122100939 CCD ID: 1999999991 | 2,132.99 |
| 04/25 | Ips ACH Program Ipsnxdsetl 403903122100939 CCD ID: 1999999991 | 1,762.57 |
| 04/26 | Online Transfer From Chk ...7325 Transaction#: 6176497521 | 1,200.00 |
| 04/26 | Ips ACH Program Ipsnxdsetl 403903122100939 CCD ID: 1999999991 | 1,177.22 |
| 04/27 | Ips ACH Program Ipsnxdsetl 403903122100939 CCD ID: 1999999991 | 1,298.04 |
| 04/27 | Online Transfer From Chk ...6509 Transaction#: 6178753952 | 500.00 |
| 04/28 | Grubhub Inc    Apr Actvty 7698822    CCD ID: 1261328194 | 7,775.58 |
| 04/28 | Ips ACH Program Ipsnxdsetl 403903122100939 CCD ID: 1999999991 | 1,505.66 |
| **Total Deposits and Additions** | | **$96,553.19** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT | |
|---|---|---|---|---|
| 1447 ^ | | 04/03 | $5,000.00 | TRA ✓ |
| 1454 * ^ | | 04/07 | 500.00 | |
| 1455 ^ | | 04/10 | 800.00 | |
| 1456 ^ | | 04/10 | 13,047.72 | |
| 1457 ^ | | 04/12 | 3,715.11 | |
| 1458 ^ | | 04/14 | 4,413.00 | |
| 1459 ^ | | 04/14 | 4,884.00 | |
| 1460 ^ | | 04/17 | 4,969.00 | |
| 1461 ^ | | 04/24 | 706.11 | |
| 1463 * ^ | | 04/21 | 1,029.87 | |
| 1464 ^ | | 04/21 | 480.00 | |
| 1465 ^ | | 04/21 | 527.80 | |
| 1466 ^ | | 04/24 | 1,120.00 | |
| 1469 * ^ | | 04/25 | 694.92 | |
| 1470 ^ | | 04/27 | 611.25 | |
| 1471 ^ | | 04/27 | 698.55 | |
| 1472 ^ | | 04/27 | 395.46 | |
| 11038 * ^ | | 04/05 | 771.82 | |
| 11039 ^ | | 04/11 | 274.86 | |
| 11042 * ^ | | 04/05 | 514.06 | |
| 11046 * ^ | | 04/05 | 724.47 | |
| 11047 ^ | | 04/11 | 184.44 | |
| 11048 ^ | | 04/04 | 249.70 | |
| 11050 * ^ | | 04/10 | 536.97 | |
| 11053 * ^ | | 04/10 | 771.69 | |
| 11055 * ^ | | 04/11 | 250.19 | |
| 11056 ^ | | 04/17 | 274.51 | |
| 11057 ^ | | 04/05 | 513.90 | |
| 11058 ^ | | 04/21 | 627.07 | |
| 11061 * ^ | | 04/17 | 687.59 | |
| 11062 ^ | | 04/26 | 740.59 | |




## SERVICE CHARGE SUMMARY  (continued)

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $12.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$12.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$12.00** |

| CASH PROCESSING | AMOUNT |
|---|---|
| Cash Deposits Immediate Verification | $2,056.00 |
| Cash Deposits Post Verification/Night Drop | $0.00 |
| **Cash Deposits Total** | **$2,056.00** |
| Cash Deposits Allowed | $7,500.00 |
| **Excess Cash Deposits** | **$0.00** |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

# CHASE ○

## FEES (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/17 | Insufficient Funds Fee For Check #11061 IN The Amount of $687.59 | 34.00 |
| 04/17 | Insufficient Funds Fee For Check #11056 IN The Amount of $274.51 | 34.00 |
| 04/17 | Insufficient Funds Fee For Check #11064 IN The Amount of $261.16 | 34.00 |
| 04/18 | Insufficient Funds Fee For A $3,231.22 Item - Details: ADP Tax       ADP Tax    R1Hok 041916A01 CCD ID: 1223006057 | 34.00 |
| 04/18 | Insufficient Funds Fee For Check #11073 IN The Amount of $673.80 | 34.00 |
| 04/18 | Returned Item Fee For An Unpaid Check #11058 IN The Amount of $627.07 | 34.00 |
| 04/20 | Insufficient Funds Fee For A $1,800.00 Item - Details: Briarwood Mp LI  Rent     4701805 Web ID: 0000097323 | 34.00 |
| 04/20 | Insufficient Funds Fee For Check #11066 IN The Amount of $583.85 | 34.00 |
| 04/25 | Insufficient Funds Fee For A $3,513.89 Item - Details: ADP Tax       ADP Tax    R1Hok 042617A02 CCD ID: 1223006057 | 34.00 |
| 04/25 | Insufficient Funds Fee For Check #1469 IN The Amount of $894.92 | 34.00 |
| 04/25 | Insufficient Funds Fee For Check #11082 IN The Amount of $690.27 | 34.00 |
| 04/25 | Returned Item Fee For An Unpaid Check #11060 IN The Amount of $245.97 | 34.00 |
| 04/25 | Insufficient Funds Fee For Check #11068 IN The Amount of $230.75 | 34.00 |
| 04/25 | Returned Item Fee For An Unpaid Check #11052 IN The Amount of $227.76 | 34.00 |
| 04/26 | Insufficient Funds Fee For Check #11062 IN The Amount of $740.59 | 34.00 |
| 04/26 | Insufficient Funds Fee For Check #11070 IN The Amount of $723.79 | 34.00 |
| 04/27 | Insufficient Funds Fee For Check #11075 IN The Amount of $707.46 | 34.00 |
| 04/27 | Insufficient Funds Fee For Check #1471 IN The Amount of $698.55 | 34.00 |
| 04/27 | Insufficient Funds Fee For Check #1470 IN The Amount of $611.25 | 34.00 |
| 04/27 | Insufficient Funds Fee For Check #1472 IN The Amount of $395.46 | 34.00 |
| 04/27 | Returned Item Fee For An Unpaid Check #11072 IN The Amount of $296.86 | 34.00 |
| 04/28 | Monthly Service Fee | 12.00 |
| **Total Fees** | | **$887.00** |

You were charged a monthly service fee of $12.00 this period. You can avoid this fee in the future by maintaining a minimum daily balance of $1,500.00. Your minimum daily balance was -$2,147.27.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 04/03 | -$1,795.80 | 04/13 | 4,060.07 | 04/21 | 534.67 |
| 04/04 | 6,148.78 | 04/14 | 1,261.29 | 04/24 | 650.10 |
| 04/05 | 1,905.34 | 04/17 | -1,689.45 | 04/25 | -2,147.27 |
| 04/07 | 10,271.74 | 04/18 | -2,026.12 | 04/26 | -1,302.43 |
| 04/10 | 6,514.34 | 04/19 | 70.34 | 04/27 | -2,087.11 |
| 04/11 | 10,101.81 | 04/20 | -1,442.42 | 04/28 | 7,182.13 |
| 04/12 | 3,509.40 | | | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 59 |
| Deposits / Credits | 31 |
| Deposited Items | 4 |
| **Transaction Total** | **94** |



This Page Intentionally Left Blank

# CHASE ◯

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 11063 ^ | | 04/21 | 258.58 |
| 11064 ^ | | 04/17 | 261.16 |
| 11065 ^ | | 04/12 | 674.08 |
| 11066 ^ | | 04/20 | 583.85 |
| 11067 ^ | 04/20 | 04/20 | 703.22 |
| 11068 ^ | | 04/25 | 230.75 |
| 11069 ^ | | 04/21 | 232.36 |
| 11070 ^ | | 04/26 | 723.79 |
| 11071 ^ | | 04/21 | 235.02 |
| 11073 * ^ | | 04/18 | 673.80 |
| 11075 * ^ | | 04/27 | 707.46 |
| 11082 * ^ | | 04/25 | 690.27 |

**Total Checks Paid** $56,688.99

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/04 | PA Online ACH    ACH Tran  3P-282126537    Web ID: 2116002815 | $370.02 |
| 04/05 | ADP Tax      ADP Tax    R1Hok 040514A01 CCD ID: 1223006057 | 2,878.93 |
| 04/05 | ADP Wage Pay    Wage Pay  507064685719Hok CCD ID: 9333006057 | 1,649.00 |
| 04/10 | 04/09 Payment To Chase Card Ending IN 9955 | 2,000.00 |
| 04/10 | 04/09 Payment To Chase Card Ending IN 8962 | 1,671.80 |
| 04/10 | Ips ACH Program  Mend033117 403903122100939 CCD ID: 1999999991 | 215.46 |
| 04/11 | American Express ACH Pmt   W8594      Web ID: 2005032111 | 2,500.00 |
| 04/12 | ADP Tax     ADP Tax    R1Hok 041315A01 CCD ID: 1223006057 | 3,073.32 |
| 04/12 | ADP Wage Pay    Wage Pay  941402616574Hok CCD ID: 9333006057 | 1,649.00 |
| 04/13 | 04/13 Online Wire Transfer Via: Dbtco Americas Nyc/021001033 A/C: ADP Totowa NJ 07512 US Ref: R2/Wr3/Bnf/R2/Wr3 Imad: 0413B1Qgc07C003463 Tm: 3791400103Es | 1,258.75 |
| 04/14 | Time Warner Cabl Cable Pay  0070758971  Spa CCD ID: C815020000 | 625.99 |
| 04/18 | ADP Wage Pay    Wage Pay  940402826393Hok CCD ID: 9333006057 | 3,274.63 |
| 04/18 | ADP Tax     ADP Tax    R1Hok 041916A01 CCD ID: 1223006057 | 3,231.22 |
| 04/20 | Briarwood Mp LI  Rent    4701805     Web ID: 0000097323 | 1,800.00 |
| 04/24 | Utica First Ins  Ins Prem       PPD ID: 1150476540 | 1,000.00 |
| 04/24 | Plexus Payroll  Bill Impnd         CCD ID: 9202300001 | 375.00 |
| 04/25 | ADP Wage Pay    Wage Pay  667050427227Hok CCD ID: 9333006057 | 3,980.26 |
| 04/25 | ADP Tax     ADP Tax    R1Hok 042617A02 CCD ID: 1223006057 | 3,513.89 |

**Total Electronic Withdrawals** $35,067.27

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/03 | Insufficient Funds Fee For Check #1447 IN The Amount of $5,000.00 | $34.00 |
| 04/03 | Returned Item Fee For An Unpaid Check #11042 IN The Amount of $514.06 | 34.00 |
| 04/04 | Returned Item Fee For An Unpaid Check #1453 IN The Amount of $13,047.72 | 34.00 |
| 04/13 | Online Domestic Wire Fee | 25.00 |
| 04/17 | Insufficient Funds Fee For Check #1460 IN The Amount of $4,969.00 | 34.00 |



# Bank
America's Most Convenient Bank®

T

4710-MTDX0104t042917075781-000000

ROCKYS BELLA PIZZA CORP
DEBTOR IN POSSESSION
DIP 37 1557670
607 SECOND AVE
NEW YORK NY  10016-4872



Page: 1 of 2
Statement Period:    Apr 07 2017-Apr 30 2017
Cust Ref #:
Primary Account #:

## Chapter 11 Checking
ROCKYS BELLA PIZZA CORP
DEBTOR IN POSSESSION
DIP 37 1557670

Account #

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 1,302.19 |
| Deposits | 5,610.69 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 24 |
| Electronic Payments | 2,730.93 | | |
| Other Withdrawals | 0.00 | | |
| Ending Balance | 2,879.76 | | |

### Deposits

| | | | |
|---|---|---|---|
| 4/7 | DEPOSIT | | 500.00 |
| 4/17 | DEPOSIT | TRAN | 2,550.69 |
| 4/24 | DEPOSIT | | 2,560.00 |
| | | Subtotal: | 5,610.69 |

### Electronic Payments

| | | |
|---|---|---|
| 4/18 | DEBIT POS, *****04017966528, AUT 041817 DDA PURCHASE | 597.33 |
| | RESTAURANT DEPOT      MASPETH     * NY | |
| 4/19 | DEBIT POS, *****04017966528, AUT 041917 DDA PURCHASE | 2,000.00 |
| | RESTAURANT DEPOT      MASPETH     * NY | |
| 4/21 | ACH DEBIT, HARLAND CLARKE CHK ORDERS **CF**720301200 | 133.60 |
| | Subtotal: | 2,730.93 |

### Other Withdrawals

| | | |
|---|---|---|
| 4/28 | ZERO DOLLAR DR, ADP TAX ADP TAX R1HOK 170427 | 0.00 |
| 4/28 | ZERO DOLLAR DR, ADP TX/FINCL SVC ADPTAX/FIN BP****201664HOK | 0.00 |
| | Subtotal: | 0.00 |

| | | | |
|---|---|---|---|
| 4/7 | 0.00 | 4/19 | 453.36 |
| 4/7 | 500.00 | 4/21 | 319.76 |
| 4/17 | 3,050.69 | 4/24 | 2,879.76 |
| 4/18 | 2,453.36 | | |



www.tdbank.com